Julius Cherry #152242
Gerald Glazer #88673
Glazer and Cherry
2600 H Street
Sacramento, CA 95816
Telephone: 916/442-3111
Fax Number: 916/442-6524

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

PHYLLIS ANN HITCHCOCK,

　　　　　Debtor.
_____/

Case Number: 21-21731-E-13C
Motion Number: GC-1

**MOTION FOR AN EXTENSION OF TIME TO FILE MISSING DOCUMENTS**

Date: **July 27, 2021**
Time: **2:00 p.m.**
Courtroom: **33**

　　　Glazer and Cherry, the attorneys for debtor hereby request the court extend the time to file all missing documents in this case up to an including August 15, 2021. Debtor's attorneys have been unable to reach debtor in order to complete the required documents.

　　　This motion is being filed pursuant to *Federal Rule of Bankruptcy Procedure 9006(b)(1)..*

1

Wherefore, request is made as follows:

1. For an order extending the time to file missing documents in this case up to and including August 15, 2021.

2. For other relief the court deems just and proper.

Dated: 5/25/21　　　　　　　　　　/s/ Julius Cherry

　　　　　　　　　　　　　　　　Julius Cherry
　　　　　　　　　　　　　　　　Glazer and Cherry
　　　　　　　　　　　　　　　　Attorneys for Debtor