Julius Cherry #152242
Gerald Glazer #88673
Glazer and Cherry
2600 H Street
Sacramento, CA 95816
Telephone: 916/442-3111
Fax Number: 916/442-6524

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>PHYLLIS ANN HITCHCOCK,<br><br>　　　　　Debtor.<br>_____/ | Case Number: 21-21731-E-13C<br>Motion Number: GC-1<br><br>**NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE MISSING DOCUMENTS**<br><br>Date: **July 27, 2021**<br>Time: **2:00 p.m.**<br>**Courtroom 33** |

Please take notice that the attached Motion for an Extension of Time to File Missing Documents is set for a hearing on **July 27, 2021** at **2:00 p.m.** at the United States Bankruptcy Court, 501 I Street, Sacramento, California in Courtroom 33.

**Opposition, if any, to the sustaining of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed**. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the sustaining of the motion **or may result in the imposition of sanctions.**

1

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e). If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the objection and all disputed material factual issues pursuant to FRCivP 43(e).

WRITTEN OPPOSITION IS REQUIRED IN THIS MATTER. OPPOSITION MUST BE MADE IN WRITING FILED 14 DAYS PRIOR TO THE HEARING ON THIS MOTION.

FAILURE TO FILE A WRITTEN OPPOSITION IN ACCORDANCE WITH LOCAL RULES MAY BE CONSTRUED AS A WAIVER OF ANY OPPOSITION.

Dated: 5/25/21

/s/ Julius Cherry

Julius Cherry
Glazer and Cherry
Attorneys for Debtor