Julius Cherry #152242
Gerald Glazer #88673
Glazer and Cherry
2600 H Street
Sacramento, CA 95816
Telephone: 916/442-3111
Fax Number: 916/442-6524

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

PHYLLIS ANN HITCHCOCK,

        Debtor.

_____/

Case Number: 21-21731-E-13C
Motion Number: GC-1

**DECLARATION OF JULIUS CHERRY IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO FILE MISSING DOCUMENTS**

Date: **July 27, 2021**
Time: **2:00 p.m.**
Courtroom: **33**

I, JULIUS CHERRY, declare:

1. I am with the law firm of Glazer and Cherry and we represent Phyllis Ann Hitchcock in this bankruptcy action.

2. I have tried contacting debtor by email and telephone on numerous occasions over the past week. In addition, members of my staff have tried contacting Ms. Hitchcock many times over the past two weeks to no avail.

3. Despite our repeated efforts, we have not been able to get in touch with Ms. Hitchcock.

4. I am requesting the court extend the time to file all missing documents in this case up to and including August 15, 2021.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge and if called upon to do so, I could competently testify to same.

Executed this 25th day of May, 2021 at Sacramento, CA.

/s/ Julius Cherry
_____
Julius Cherry