Julius Cherry #152242
Gerald Glazer #88673
Glazer and Cherry
2600 H Street
Sacramento, CA 95816
Telephone: 916/442-3111
Fax Number: 916/442-6524

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

PHYLLIS ANN HITCHCOCK,

                Debtor.

_____/

Case Number: 21-21731-E-13C
Motion Number: GC-1

**DECLARATION OF DEBORAH GLAZER IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO FILE MISSING DOCUMENTS**

Date: **July 27, 2021**
Time: **2:00 p.m.**
Courtroom: **33**

I, DEBORAH GLAZER, declare:

1. I am a paralegal with the law firm of Glazer and Cherry and we represent Phyllis Ann Hitchcock in this bankruptcy action.

2. I have attempted to reach debtor both by telephone and email over the past several weeks.

3. Despite my repeated efforts, I have not been able to get in touch with Ms. Hitchcock.

1

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge and if called upon to do so, I could competently testify to same.

Executed this 25th day of May, 2021 at Sacramento, CA.

/s/ DEBORAH GLAZER
_____
DEBORAH GLAZER