**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | Case No.  21-21731-E-13 |
| | ) | Docket Control No. GC-1 |
| PHYLLIS ANN HITCHCOCK, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO EXTEND
TIME TO FILE DOCUMENTS**

The court has re-reviewed the Motion for an Extension of Time requesting the extension through August 15, 2021, and the Order (Dckt. 18) previously entered thereon which grants the extension only to June 9, 2021 (the standard time of extension routinely provided).  The Motion states grounds for the extension indicating that a longer time would be appropriate.  The court's review of the Docket in this case indicates that there are no creditors currently rattling the "bankruptcy cage" in this case.  Further, a review of the court's files reveals that this is the first and only bankruptcy case filed in this District.   Federal Rule of Civil Procedure 60(a) as incorporated into Federal Rule of Bankruptcy Procedure 9024 allows the court to correct clerical mistakes.  The Bankruptcy Code, 11 U.S.C. Section 105(a) provides that notwithstanding provision of Title 11 providing for a party to raise an issue does not preclude the court from *sua sponte* taking action to enforce or implement court orders or the rules, or to prevent an abuse of process.

Therefore, upon review of the Motion to Extend Time and supporting pleadings, Dckts. 11-14, the Order entered by this court granting the extension only to what appears to be June 9th, the grounds stated in the Motion demonstrating a longer time is appropriate, there being no identifiable harm to any other parties, and good cause appearing;

**IT IS ORDERED** that the time period for Debtor to file the documents identified in the Notice of Incomplete Filing and Intent to Dismiss (Dckt. 7) is extended to and including **August 15, 2021**.

This order amends the date of extension of time and supplements the court's prior order filed on May 28, 2021, Dckt. 18, to the extent that the prior order is inconsistent with the relief granted herein, with the prior order remaining in full force and effect except as modified and supplemented herein.

**Dated:** June 10, 2021

**By the Court**

**Ronald H. Sargis, Judge**
**United States Bankruptcy Court**

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked _____, via the U.S. mail.

| **Debtor(s)** | **Attorney(s) for the Debtor(s)** (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for Trustee** (if any) | |